No. 64. METHEANY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Murray L. Randall* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 75. CAROLINA PIPELINE Co. v. YORK COUNTY NATURAL GAS AUTHORITY. C. A. 4th Cir. Certiorari denied. *H. Simmons Tate, Jr.,* and *John M. Spratt* for petitioner. *David W. Robinson II* and *C. W. F. Spencer, Jr.,* for respondent.

No. 78. BIG RUN COAL & CLAY Co. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Lowell T. Hughes* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 79. DUBIN-HASKELL LINING CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Deane Ramey* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Elliott Moore* for respondent.

No. 83. AMERICAN MANUFACTURING Co. OF TEXAS v. HEALD MACHINE Co. C. C. P. A. Certiorari denied. *Munson H. Lane* for petitioner. *Norman S. Blodgett* for respondent.

No. 90. GOODMAN ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied. *Jay Leo Rothschild* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Philip R. Miller* for the United States.